IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERLIN MORAN<br><br>    Plaintiff,<br><br>v.<br><br>MALAYSIAN KOPITIAM, INC.,<br><br>    Defendant. | No. 1:14-cv-00493-BAH |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(i) Plaintiff hereby dismisses this action against Defendant *with prejudice*, Plaintiff to bear his own costs and attorneys' fees.

Date: 05/08/2014                    Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
519 H Street, NW; Second Floor
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com